IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**JEROME ELLIS,**

       Plaintiff

v.                                                 CASE NO. 7:12-CV-85 (HL)

**Warden WILLIAM DANFORTH, et al,**

       **Defendants**

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.13) filed September 13, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 22) filed October 11, 2012 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 18th day of October, 2011.

                                              *s/ Hugh Lawson*
                                              **HUGH LAWSON, Senior Judge**
                                              **United States District Court**