# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **JEROME ELLIS,** | : |
| **Plaintiff** | : |
| | :   No.   7:12-CV-0085-HL |
| vs. | : |
| Warden **WILLIAM DANFORTH, et al.,** | : |
| **Defendants** | : |

## ORDER

    Plaintiff **JEROME ELLIS** has filed both a Motion (Doc. 66) and a Second Motion (Doc. 67) for leave to proceed *in forma pauperis* on appeal from this Court's June 25, 2013, Order dismissing his claims.  These motions are in fact Plaintiff's second and third motion for leave to proceed *in forma pauperis* on appeal.  Both motions are **DENIED** for the same reason stated in the Court's Order (Doc. 61) denying his first motion to proceed *in forma pauperis* on appeal (Doc. 58).  In the Court's best judgment, Plaintiff's appeal cannot be taken in good faith.  See 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."); Fed. R. App. P. 24(a)(3) ("A party who was permitted to proceed *in forma pauperis* in the district-court action . . . may proceed on appeal *in forma pauperis* . . . unless . . . the district court . . . certifies that the appeal is not taken in good faith").  The present motions state no grounds to warrant reconsideration of that finding.

    Any further requests to proceed *in forma pauperis* on appeal should be directed, on motion, to the United States Court of Appeals for the Eleventh Circuit, in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

**SO ORDERED**, this 24th day of March, 2014.

                                          *s/ Hugh Lawson*
                                          HUGH LAWSON, JUDGE
                                          UNITED STATES DISTRICT COURT

jlr